IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY PLANK,                          :
                                     :      CIVIL ACTION
                    Plaintiff,       :
         v.                          :
                                     :      NO.    13-7337
THE DEVEREUX FOUNDATION,             :
THE DEVERAUX FOUNDATION LONG  :
TERM DISABILITY PLAN, and AETNA   :
LIFE INSURANCE CO.,                  :
                                     :
                    Defendants.      :

**ORDER**

      **AND NOW**, this *2ⁿᵈ* day of *February*, 2015, upon consideration of Plaintiff Mary Plank's

Motion for Summary Judgment (Docket No. 8) and Defendant Aetna Life Insurance Co.'s

Response (Docket No. 10), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN**

**PART** and **DENIED IN PART**, as follows:

    1.    As to liability and damages owed under the "own occupation" provision of the
policy at issue, the Motion is **GRANTED** and Defendant shall pay to Plaintiff
benefits owed under that provision for the period from June 6, 2012 through
October 6, 2012.

    2.    Plaintiff's Motion for Summary Judgment (Docket No. 12) is **DENIED** as to
liability and damages owed under the "any reasonable occupation" provision of
the policy at issue.

      **JUDGMENT IS ENTERED** in favor of Plaintiff Mary Plank and against Defendant

Aetna Life Insurance Co. as to liability and Plaintiff's entitlement to benefits under the "own

occupation" provision of the long term disability plan at issue.

      The remainder of this case is **REMANDED** to Aetna Life Insurance Co. for:

1.    consideration of the amount owed to Plaintiff under the "own occupation" provision; and

2.    determining whether Plaintiff is entitled to benefits under the "any reasonable occupation" provision of the policy at issue.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.